Paul N. Phillips, Esq., SBN 128197
2400 Professional Drive, Suite 100
Roseville, CA 95661
paul@pnphillipslaw.com
Telephone: 916-416-0441
Facsimile: 916-358-7396

Attorney for Defendant-in-Interpleader and Cross-Defendant
SAUNDRA LEE BROWN-KINGSTON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GREAT AMERICAN LIFE INSURANCE COMPANY, a corporation,<br><br>　　　　Plaintiff-in-Interpleader,<br>vs.<br><br>SAUNDRA LEE BROWN-KINGSTON, an individual; CHRISTINE LEORA BAILEY, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants-in-Interpleader.<br><br>AND RELATED CROSS-CLAIM | Case No. 2:18-CV-02783-MCE-KJN<br><br>**ORDER ON REQUEST TO SEAL DOCUMENTS BY DEFENDANT-IN-INTERPLEADER AND CROSS-DEFENDANT SAUNDRA LEE BROWN-KINGSTON** |

/ / /

/ / /

/ / /

Having received and reviewed the unopposed Request to Seal Documents by counsel for Defendant-in-Interpleader and Cross-Defendant Saundra Lee Brown-Kingston (ECF No. 21), and for good cause appearing, said Request is GRANTED.

Documents ECF Nos. 19 and 19-1 contain unredacted personal data identifiers, to include full names, social security numbers, phone numbers, home and work addresses, dates of birth, and personal medical information. Because of this, the Clerk of this Court shall file under permanent seal ECF No. 19, "NOTICE of Designation of Persons with Knowledge and Notice of Documents Produced by Saundra Lee Brown-Kingston," and Attachment #1 thereto (ECF No. 19-1) pursuant to Federal Rules Civil Procedure 5.2(6) and Local Rules 141(a).

IT IS SO ORDERED.

Dated: February 5, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE