Carole M. Pope, Esq.
California Bar No. 122816
The Law Office of Carole M. Pope
a professional corporation
301 Flint Street
Reno, NV 89501
cmp7000@aol.com
Telephone: (775) 337-0773
Facsimile: (775) 337-0778
Attorney for Defendant,
CHRISTINE LEORA BAILEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GREAT AMERICAN LIFE INSURANCE COMPANY, a corporation,

    Plaintiff-in-Interpleader,

vs.                                            CASE NO:    2:18-CV-02783-MCE-KJN

SAUNDRA LEE BROWN-KINGSTON, an individual; CHRISTINE LEORA BAILEY, an individual; and DOES 1 through 10, inclusive,

    Defendants-in-Interpleader.
_____/

1

| | |
|---|---|
| CHRISTINE LEORA BAILEY, | |
| Cross-Claimant, | |
| vs. | |
| SAUNDRA LEE BROWN-KINGSTON, and DOES 1 through 10, inclusive, | |
| Cross-Defendant. | |

_____/

## STIPULATION FOR LEAVE TO AMEND PLEADINGS

It is hereby stipulated and agreed by and between Defendant/Cross-Claimant, Christine Leora Bailey, through her attorney Carole M. Pope, Esq., and Defendant/Cross-Defendant, Saundra Lee Brown-Kingston, through her attorneys, Paul N. Phillips, Esq. and Michael James Hoover, Esq., as follows:

For the Court to grant leave to Defendant/Cross-Claimant, CHRISTINE LEORA BAILEY, to amend her Cross-Claim filed on November 9, 2018, to allege additional facts and two new Claims for Relief.

///

///

///

///

///

///

///

///

///

For the Court to grant leave to Defendant/Cross-Defendant, SAUNDRA LEE BROWN/KINGSTON, to amend her Answer to the Cross-Claim to allege additional affirmative defenses and the additional facts and Claims for Relief, once the Amended Cross-Claim is filed and for leave to file a Cross-Claim against CHRISTINE LEORA BAILEY.

DATED this 6th day of August, 2019.

| | |
|---|---|
| The law office of Carole M. Pope, a professional corporation | Phillips Law Office |
| By /s/ Carole M. Pope, Esq. | By /s/ Paul N. Phillips, Esq. |
| Carole M. Pope, Esq. (SBN 122816)<br>301 Flint Street<br>Reno, NV 89501 | Paul N. Phillips, Esq.(SBN 128197)<br>1024 Iron Point Road<br>Folsom, CA 95630 |
| Attorney for Defendant/Cross-Claimant, CHRISTINE LEORA BAILEY | Attorney for Defendant/Cross-Defendant, SAUNDRA LEE BROWN-KINGSTON |
| | INTERPLEADER LAW, LLC |
| | By /s/ Michael James Hoover, Esq. |
| | Michael James Hoover, Esq.<br>(Pro Hac Vice Counsel)<br>9015 Bluebonnet Boulevard<br>Baton Rouge, LA 70810<br>225-246-8706 |
| | Attorney for Defendant/Cross-Defendant, SAUNDRA LEE BROWN-KINGSTON |

**ORDER**

Pursuant to the Parties' Stipulation (ECF No. 35) and for good cause and adequate showing appearing, that the Parties are GRANTED leave to amend the pleadings as stated above. Any amended pleading must be filed not later than twenty (20) days after this order is electronically filed.

IT IS SO ORDERED.

DATED: August 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4