Carole M. Pope, SBN 122816
The Law Office of Carole M. Pope
a professional corporation
301 Flint Street
Reno, NV 89501
Telephone: (775) 337-0773
Facsimile: (775) 337-0778
Attorney Defendant,
CHRISTINE LEORA BAILEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

GREAT AMERICAN LIFE INSURANCE
COMPANY, a corporation,

    Plaintiff-in-Interpleader,

vs.                                         CASE NO:    2:18-CV-02783-MCE-KJN

SAUNDRA LEE BROWN-KINGSTON, an
individual; CHRISTINE LEORA BAILEY,
an individual; and DOES 1 through 10,
inclusive,

    Defendants-in-Interpleader.
_____/

AND RELATED CROSS-CLAIM
_____/

**STIPULATION FOR EXTENSION TO EXTEND DISCOVERY DEADLINE**

    It is hereby stipulated and agreed by and between Defendant/Cross-Claimant, Christine Leora Bailey, through her attorney Carole M. Pope, Esq., and Defendant/Cross-Defendant, Saundra Lee Brown-Kingston, through her attorneys, Paul N. Phillips, Esq. and Michael James

1

Hoover, Esq., as follows:

1. That the Joint Discovery Plan and Scheduling Order filed on January 10, 2019, sets a deadline to close discovery on or before October 16, 2019; and

2. That the parties agree on an extension to close discovery for a period of thirty (30) days to and including November 15, 2019.

This extension is requested to allow sufficient time to conduct the depositions of Christine Leora Bailey and Saundra Lee Brown-Kingston. The extension is not requested for purposes of delay.

DATED this 11th day of October, 2019.

The law office of Carole M. Pope,
a professional corporation

By /s/ Carole M. Pope, Esq.
Carole M. Pope, Esq. (SBN 122816)
301 Flint Street
Reno, NV 89501

Attorney for Defendant/Cross-Claimant,
CHRISTINE LEORA BAILEY

Phillips Law Office

By  /s/ Paul N. Phillips, Esq.
Paul N. Phillips, Esq.(SBN 128197)
1024 Iron Point Road
Folsom, CA 95630

Attorney for Defendant/Cross-Defendant,
SAUNDRA LEE BROWN-KINGSTON

INTERPLEADER LAW, LLC

By   /s/ Michael James Hoover, Esq.
Michael James Hoover, Esq.
(Pro Hac Vice Counsel)
9015 Bluebonnet Boulevard
Baton Rouge, LA 70810
225-246-8706

Attorney for Defendant/Cross-Defendant,
SAUNDRA LEE BROWN-KINGSTON

**ORDER**

Pursuant to the parties' Stipulation and for good cause and adequate showing appearing, IT IS HEREBY ORDERED that the parties are granted leave to extend the deadline to close discovery to November 15, 2019, as stated above.

IT IS SO ORDERED.

Dated: October 15, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE